NOTE: CHANGES MADE BY THE COURT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELIZABETH TELLEZ MARTINEZ,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTRYWIDE HOME LOANS, INC. dba AMERICA'S WHOLESALE LENDER; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and DOES 1-100, Inclusive,<br><br>　　　　　Defendants. | Case No. CV 09-02504 VBF (FMOx)<br><br>**JUDGMENT IN FAVOR OF DEFENDANT COUNTRYWIDE HOME LOANS, INC. dba AMERICA'S WHOLESALE LENDER**<br><br>Assigned to Hon. Valerie Baker Fairbank |

746804

1  Pursuant to the Court's Order granting Defendant Countrywide Home Loans,
2  Inc. dba America's Wholesale Lender's Motion to Dismiss Plaintiff's First
3  Amended Complaint with prejudice, dated August 13, 2009 and entered on August
4  14, 2009,

5  IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Elizabeth
6  Tellez Martinez ("Plaintiff") shall take nothing against Defendant Countrywide
7  Home Loans, Inc. dba America's Wholesale Lender ("Countrywide"), all of
8  Plaintiff's causes of action against Countrywide are dismissed with prejudice, and
9  judgment shall be entered in favor of Countrywide Home Loans, Inc.  Countrywide
10 may bring a motion, as appropriate, to recover its attorneys' fees and costs from
11 Plaintiff, subject to proof.

13 IT IS SO ORDERED.

15 Dated: August 28, 2009
                                          _____
                                          U.S. DISTRICT JUDGE

Respectfully submitted by:

/s/ Vanessa A. Sunshine_____
Vanessa A. Sunshine
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, CA  90401-2386
Attorneys for Defendant
COUNTRYWIDE HOME LOANS, INC.
dba AMERICA'S WHOLESALE LENDER